# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137406

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MOSES KEON WILLIAMS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137406
COA: 282947
Genesee CC: 04-014492-FC

_____/

      On order of the Court, the application for leave to appeal the August 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

s0316